| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Gilbert, Jeffrey T. | 2. Court or Organization District Court - Northern Illinois, Eastern Division | 3. Date of Report 08/03/2017 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full-time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Everett McKinley Dirksen Courthouse
219 South Dearborn Street
Suite 1366
Chicago, Illinois 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2016 | Northwestern University Pritzker School of Law (teaching income) | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Northshore University Health System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank (various accounts) | A | Interest | L | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. Northwestern Mutual Brokerage Money Market (Y) | | | | | | | | | |
| 4. American Funds Europacific Growth Fund F2 (AEPFX) | B | Dividend | M | T | | | | | |
| 5. American Funds International Growth and Income-F2 (IGFFX) | B | Dividend | K | T | | | | | |
| 6. Brown Cap Mgmt Mut FDS Sml Co Instl (BCSSX) | C | Dividend | L | T | | | | | |
| 7. Columbia Acorn International Fund (ACINX) | A | Dividend | K | T | | | | | |
| 8. Dodge & Cox Income Fund F-2 (DODIX) | C | Dividend | M | T | | | | | |
| 9. Fidelity Advanced New Insights I (FINSX) | C | Dividend | L | T | | | | | |
| 10. Harbor Bond Fund Institutional Class (HABDX) | A | Dividend | K | T | | | | | |
| 11. John Hancock Disciplined Value Mid Cap Fund Class (JVMIX) | B | Dividend | L | T | | | | | |
| 12. The Oakmark International Fund (OAKIX) | A | Dividend | L | T | | | | | |
| 13. Oppenheimer Developing Markets (ODVYX) | A | Dividend | M | T | | | | | |
| 14. Pimco Income Fund Class P (PONDX) | D | Dividend | M | T | | | | | |
| 15. Pimco Commodity Real Return (PCRPX) | A | Dividend | L | T | Sold (part) | 01/21/16 | J | | |
| 16. | | | | | Sold (part) | 04/18/16 | J | | |
| 17. | | | | | Buy (add'l) | 06/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 19.  Templeton Global Bond Fund Advisor Class (TGBAX) | B | Dividend | K | T | | | | | |
| 20.  Vanguard Index FDS Vanguard REIT ETF (VNQ) | D | Dividend | M | T | | | | | |
| 21.  Northshore Univ Health 403(b) #1 (H) | | | | | | | | | |
| 22.  Dodge & Cox Income Fund | A | Dividend | | | Sold | 07/11/16 | J | | |
| 23.  Dodge & Cox International | A | Dividend | | | Sold | 07/11/16 | J | | |
| 24.  Oppenheimer Intnl Growth | A | Dividend | | | Sold | 07/11/16 | K | | |
| 25.  Voya Stable Value Fund | A | Dividend | | | Sold | 07/11/16 | L | | 20 |
| 26.  T. Rowe Price Value Fund | A | Dividend | | | Sold | 07/11/16 | J | | |
| 27.  Vitrus Emerging Markets - Y | A | Dividend | | | Sold | 07/11/16 | J | | |
| 28.  Voya Small Company Fund I | A | Dividend | | | Sold | 07/11/16 | J | | |
| 29.  BROKERAGE #1 (H) | | | | | | | | | |
| 30.  WELLS FARGO MM SWEEP ACCT (Y) | | | | | | | | | 241, 242 |
| 31.  DREYFUS INS DEPOSIT PROGRAM I (X) | A | Interest | M | T | | | | | |
| 32.  NORTH CAROLINA EASTN MUN PWR AGY PWR SYS REV RFDG CPN 4.0 (658196568) | A | Interest | K | T | | | | | 253 |
| 33.  ROCKLAND CITY NY VAR PURP SER A G/O UNLTD B\E CPN 4.250% (77355PLB7) | B | Interest | K | T | | | | | 262 |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. FLORIDA ST GOVERNMENTAL UTIL AUTH UTIL REV 07-01-17 CPN 4 (34281PML4) | A | Interest | K | T | | | | | 247 |
| 35. HILLSBOROUGH CNTY FL SCH BRD REF B\E CPN (43232VKC4) | B | Interest | K | T | | | | | 250 |
| 36. DIST COLUMBIA W&S AUTH PUB UTIL REV RFDG SUB CPN (254845EA4) | B | Interest | K | T | | | | | 246 |
| 37. BUTLER AL UTILS BRD WTR & SWR REV B\E AGM B/Q CPN (123367AH7) | A | Interest | K | T | | | | | 244 |
| 38. BALTIMORE MD PROJ REV SUB WTR PROJS SER A B\E CPN (05922KNY1) | A | Interest | K | T | | | | | 243 |
| 39. FLORIDA ST GOVERNMENTAL UTIL AUTH UTIL REV RF 07-01-18 CPN (34281PMM2) | A | Interest | K | T | | | | | 248 |
| 40. HARRIS CNTY TX MUN UTIL DIST 198 RFDG G/O UNLTD CPN (413954GH5) | A | Interest | K | T | | | | | 249 |
| 41. PASSAIC VALLEY NJ WTR COMMN REV B\E CPN (702845EN4) | B | Interest | K | T | | | | | 255 |
| 42. SHAMOKIN COAL TWP PA JT SWR AUTH (819324AT1) | A | Interest | K | T | | | | | 264 |
| 43. WEST MIFFLN PA SAN SWR MUN AUTH SWR REV RFDG (95407CX5) | C | Interest | K | T | | | | | 267 |
| 44. PORT ST LUCIE FL UTIL RV REF&IMPT SYS REV B\E CPN (735352LL8) | B | Interest | K | T | | | | | 261 |
| 45. LONGMONT CO ELEC & BROADBANDUTIL CPN (543097AC3) | B | Interest | K | T | | | | | 252 |
| 46. SAN PATRICIO TX MUN WTR DIST - 799204KQ4) | C | Interest | L | T | | | | | 263 |
| 47. SOUTHMOST REGL WTR AUTH 4% (84455LEU7) | B | Interest | K | T | | | | | 265 |
| 48. OHIO ST TPKCOMMN TPK REV REF-SER A FGIC INSD CPD (67760HCA7) | A | Interest | | | Redeemed | 02/16/16 | K | | 254 |
| 49. PENNSYLVANIA ST IDA REV UNREFUNDED (709193MB9) | A | Interest | | | Redeemed | 07/01/16 | J | | 258 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. PENNSYLVANIA ST IDA REV PREREFUNDED (709193MA1) | A | Interest | | | Redeemed | 07/01/16 | J | | 259 |
| 51. PHILADELPHIA PA GAS WKS REV RFDG 1975 GEN CPN717823L89) | A | Interest | | | Redeemed | 07/01/16 | K | | 260 |
| 52. VIRGIN VALLEY NV WTR DIST WTR REV B/Q B/E CPN (927693CN9) | A | Interest | | | Redeemed | 06/01/16 | K | | 266 |
| 53. EVEREST RE GROUP LTD (RE) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | A | 75, 285 |
| 54. | | | | | Sold (part) | 07/15/16 | J | | |
| 55. AT&T INC COM (T) | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 56. ACCENTURE PLC - IRELAND (ACN) | | None | | | Sold | 02/09/16 | J | | 25 |
| 57. AIR PRODS & CHEMS INC COM (APD) | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 58. | | | | | Sold (part) | 04/21/16 | J | A | |
| 59. AMDOCS LTD (DOX) | A | Dividend | | | Sold (part) | 04/21/16 | J | A | 30 |
| 60. | | | | | Sold | 07/07/16 | J | D | |
| 61. AMGEN INC (AMGN) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | A | 32, 271 |
| 62. | | | | | Sold (part) | 07/15/16 | J | A | |
| 63. APPLE INC (AAPL) | A | Dividend | K | T | Sold (part) | 07/15/16 | J | | 36 |
| 64. BB&T CORP (BBT) | | None | | | Sold | 02/09/16 | J | | 39 |
| 65. BHP BILLITON LTD SPONSORED ADR (BHP) | A | Dividend | J | T | Buy | 01/04/16 | J | | |
| 66. | | | | | Sold (part) | 04/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. BOEING CO (BA) | A | Dividend | | | Sold | 07/07/16 | J | B | 41 |
| 68. BRISTOL MYERS SQUIBB (BMY) | A | Dividend | K | T | Buy (add'l) | 02/10/16 | J | | 45 |
| 69. | | | | | Sold (part) | 04/21/16 | J | A | |
| 70. | | | | | Sold (part) | 07/15/16 | J | | |
| 71. BROWN AND BROWN INC.COM (BRO) | A | Dividend | | | Sold (part) | 01/29/16 | J | | 46, 276 |
| 72. | | | | | Sold (part) | 04/21/16 | J | A | |
| 73. | | | | | Sold | 07/07/16 | J | B | |
| 74. CVS HEALTH CORPORATION (CVS) | A | Dividend | K | T | Sold (part) | 07/15/16 | J | A | 64, 283 |
| 75. CARLISLE COMPANIES INC. (CSL) | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | 53, 279 |
| 76. | | | | | Sold (part) | 04/21/16 | J | A | |
| 77. CHEVRON CORPORATION (CVX) | A | Dividend | | | Sold (part) | 04/21/16 | J | A | 56 |
| 78. | | | | | Sold | 09/06/16 | J | C | |
| 79. CHURCH & DWIGHT INC (CHD) | A | Dividend | | | Sold (part) | 01/14/16 | J | B | 58, 280 |
| 80. | | | | | Sold (part) | 04/21/16 | J | A | |
| 81. | | | | | Sold | 07/07/16 | J | C | |
| 82. CITIGROUP IBC NEW C - (Y) | | | | | | | | | 281 |
| 83. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | Buy | 02/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. CONSTELLATION BRANDS (STZ) | A | Dividend | | | Sold (part) | 04/21/16 | J | B | 59, 282 |
| 85. | | | | | Sold (part) | 07/07/16 | K | D | |
| 86. | | | | | Sold | 07/15/16 | J | | |
| 87. CONVERGYS CORP (CVG) | A | Dividend | | | Sold (part) | 04/21/16 | J | A | 61 |
| 88. | | | | | Sold | 07/07/16 | J | B | |
| 89. COSTCO WHOLESALE CORP (COST) | A | Dividend | | | Buy | 02/11/16 | J | | |
| 90. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 91. | | | | | Sold (part) | 07/07/16 | K | B | |
| 92. | | | | | Sold | 07/15/16 | J | A | |
| 93. CSX CORP | | None | | | Sold | 01/08/16 | J | | 63 |
| 94. DICKS SPORTING GOODS | | None | | | Sold | 01/08/16 | J | | 65 |
| 95. DISNEY WALT COMPANY (DIS) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | A | 67 |
| 96. | | | | | Sold (part) | 07/15/16 | J | A | |
| 97. DOW CHEM CO COM (DOW) | A | Dividend | J | T | Sold | 01/21/16 | J | | 68 |
| 98. | | | | | Buy | 03/04/16 | J | | |
| 99. EQUIFAX INC | | None | | | Sold | 07/26/16 | J | A | 284 |
| 100. ESSEX PROPERY TRUST INC (ESS) | A | Dividend | | | Sold | 02/09/16 | J | | 74 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. EXPEDITORS INTL WASH INC (EXPD) | A | Dividend | K | T | Buy (add'l) | 02/10/16 | J | | 76 |
| 102. | | | | | Sold (part) | 07/26/16 | J | A | |
| 103. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | Sold (part) | 04/21/16 | J | A | 77, 286 |
| 104. | | | | | Sold (part) | 07/15/16 | J | A | |
| 105. | | | | | Sold (part) | 09/28/16 | J | A | |
| 106. GILEAD SCIENCES INC (GILD) | A | Dividend | J | T | Sold (part) | 01/21/16 | J | | 89, 287 |
| 107. | | | | | Sold (part) | 01/29/16 | J | | |
| 108. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 109. | | | | | Sold (part) | 04/21/16 | J | A | |
| 110. GRAINGER W W INC | | None | | | Sold | 01/14/16 | J | | 93 |
| 111. HOME DEPOT INC (HD) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | B | 95, 288 |
| 112. | | | | | Sold (part) | 07/15/16 | J | A | |
| 113. HONEYWELL INTERNATIONAL (HON) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | B | 96, 289 |
| 114. | | | | | Sold (part) | 07/15/16 | J | A | |
| 115. HORMEL FOODS CORPORATION (HRL) | A | Dividend | | | Sold (part) | 04/21/16 | J | A | 97 |
| 116. | | | | | Sold | 08/30/16 | J | B | |
| 117. HUNT J B TRANS SVCS INC COM (JBHT) | A | Dividend | J | T | Buy | 02/11/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. | | | | | Sold (part) | 04/21/16 | J | A | |
| 119. INGREDION INCORPORATED (INGR) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | B | 100 |
| 120. | | | | | Sold (part) | 06/24/16 | J | A | |
| 121. | | | | | Sold (part) | 07/26/16 | J | A | |
| 122. INTEL CORP (INTC) | A | Dividend | | | Sold | 02/09/16 | J | | 102 |
| 123. INTERCONTINENTALEXCHANGE (ICE) | A | Dividend | K | T | Sold (part) | 06/24/16 | J | A | 105, 290 |
| 124. | | | | | Sold (part) | 07/15/16 | J | A | |
| 125. INTERNATIONAL BUSINESS MACHS CORP COM (IBM) | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 126. JPMORGAN CHASE & COMPANY | A | Dividend | | | Sold | 01/21/16 | J | | 121 |
| 127. JUNIPER NETWORK INC | | None | | | Sold (part) | 01/08/16 | J | | 123 |
| 128. | | | | | Sold | 01/29/16 | J | | |
| 129. KROGER COMPANY COMMON | A | Dividend | | | Sold | 02/09/16 | J | A | 126 |
| 130. MARATHON PETROLEUM CORP | | None | | | Sold | 01/14/16 | J | A | 134 |
| 131. MASTERCARD INC CL A (MA) | A | Dividend | K | T | Sold (part) | 07/15/16 | J | A | 139, 293 |
| 132. MCDONALDS CORP (MCD) | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 133. MICROSOFT CORP (MSFT) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | B | 144, 294 |
| 134. | | | | | Sold (part) | 07/15/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. MONSANTO CO NEW (MON) | A | Dividend | | | Sold | 03/03/16 | J | | 150 |
| 136. NIKE INC CLASS B | A | Dividend | K | T | Sold (part) | 04/21/16 | J | A | 152, 295 |
| 137. | | | | | Sold (part) | 07/15/16 | J | A | |
| 138. NOVARTIS AG SPON ADR | | None | | | Sold (part) | 01/21/16 | J | | 156, 296 |
| 139. | | | | | Sold | 01/29/16 | J | A | |
| 140. ORACLE CORPORATION (ORCL) | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 141. | | | | | Sold (part) | 04/21/16 | J | A | |
| 142. PAYCHEX INC (PAYX) | A | Dividend | J | T | | | | | 170 |
| 143. T ROWE PRICE GROUP INC (TROW) | A | Distribution | K | T | Sold (part) | 04/21/16 | J | A | 205, 300 |
| 144. | | | | | Sold (part) | 07/15/16 | J | | |
| 145. PROCTOR & GAMBLE CO (PG) | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 146. QUALCOM INC (QCOM) | | None | | | Sold | 01/29/16 | J | | 180 |
| 147. QUEST DIAGNOSTICS INC (DGX) | A | Dividend | | | Sold (part) | 04/21/16 | J | A | 181 |
| 148. | | | | | Sold | 11/02/16 | J | C | |
| 149. SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | Buy | 02/19/16 | J | | |
| 150. | | | | | Sold (part) | 04/21/16 | J | A | |
| 151. SKYWORKS SOLUTIONS INC | | None | | | Sold | 01/08/16 | J | | 186 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. STANLEY BLACK & DECKER (SWK) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | A | 195, 297 |
| 153. | | | | | Sold (part) | 07/26/16 | J | A | |
| 154. STARBUCKS CORP (SBUX) | A | Dividend | J | T | | | | | 198 |
| 155. STRYKER CORP (SYK) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | A | 200, 299 |
| 156. | | | | | Sold (part) | 07/15/16 | J | A | |
| 157. TAIWAN SEMICONDUCTOR MFG CO LTD ADR (TSM) | A | Dividend | | | Sold (part) | 04/21/16 | J | A | 207 |
| 158. | | | | | Sold | 07/07/16 | J | B | |
| 159. TEXAS ROADHOUSE INC COM (TXRH) | A | Dividend | | | Sold (part) | 04/21/16 | J | A | 211 |
| 160. | | | | | Sold | 07/07/16 | J | C | |
| 161. THERMO FISHER SCIENTIFIC INC (TMO) | A | Dividend | | | Sold (part) | 04/21/16 | J | A | 214 |
| 162. | | | | | Sold | 07/07/16 | J | B | |
| 163. TJX COS INC (TJX) | A | Dividend | K | T | Sold (part) | 04/21/16 | J | A | 216, 302 |
| 164. | | | | | Sold (part) | 07/15/16 | J | A | |
| 165. TRAVELERS COS INC | | None | | | Sold | 07/15/16 | J | A | 303 |
| 166. 3M CO (MMM) | A | Dividend | J | T | Buy (add'l) | 02/10/16 | J | | 240 |
| 167. | | | | | Sold (part) | 04/21/16 | J | A | |
| 168. | | | | | Sold (part) | 07/15/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. | | | | | Sold (part) | 09/28/16 | J | C | |
| 170. US BANCORP (USB) | A | Dividend | K | T | Buy (add'l) | 04/21/16 | J | | 222 |
| 171. | | | | | Sold (part) | 07/15/16 | J | | |
| 172. UNION PAC CORP COM (UNP) | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 173. | | | | | Sold (part) | 04/21/16 | J | A | |
| 174. VALERO ENERGY CORP NEW (VLO) | A | Dividend | | | Sold | 07/07/16 | J | | 223 |
| 175. VERIZON COMMUNICATIONS INC (VZ) | A | Dividend | J | T | Buy | 02/11/16 | J | | |
| 176. WALGREENS BOOTS (WBA) | A | Dividend | | | Buy (add'l) | 04/21/16 | J | | 231 |
| 177. | | | | | Sold (part) | 07/07/16 | K | | |
| 178. | | | | | Sold | 07/15/16 | J | | |
| 179. WHOLE FOODS MARKET INC | A | Dividend | | | Sold | 01/14/16 | J | | 237 |
| 180. ISHARES TR NORTH AMERN TECH-SOFTWARE (IGV) | A | Dividend | K | T | Buy | 03/03/16 | K | | |
| 181. | | | | | Sold (part) | 04/21/16 | J | A | |
| 182. | | | | | Sold (part) | 07/26/16 | J | A | |
| 183. ISHARES TR NASDAQ BIOTECHNOLOGY ETF (IBB) | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 184. ISHARES TR RUSSELL 1000 ETF (IWB) | A | Dividend | L | T | Buy | 02/18/16 | J | | |
| 185. | | | | | Buy (add'l) | 02/25/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. | | | | | Sold (part) | 04/21/16 | J | A | |
| 187. | | | | | Sold (part) | 06/24/16 | J | A | |
| 188. | | | | | Sold (part) | 07/26/16 | J | A | |
| 189. ISHARES TR US TELECOMMUNICATIONS (IYZ) | A | Dividend | J | T | Buy | 02/18/16 | J | | |
| 190. | | | | | Sold (part) | 04/21/16 | J | A | |
| 191. ISHARES TR US HEALTH CARE PROVIDERS ETF (IHF) | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 192. SPDR SER TR S&P BK ETF (KBE) | A | Dividend | K | T | Buy | 03/03/16 | K | | |
| 193. | | | | | Sold (part) | 04/21/16 | J | A | |
| 194. | | | | | Sold (part) | 07/26/16 | J | | |
| 195. IRA #2 (H) | | | | | | | | | |
| 196. WELLS FARGO MM SWEEP ACCT (Y) | | | | | | | | | 270 |
| 197. FIDELITY ADVISOR TOTAL BOND FUND CLASS I (FEPIX) | A | Dividend | L | T | Buy | 07/26/16 | L | | |
| 198. JOHN HANCOCK DISCIPLINED VALUE MID CAP FUND CLASS I (JVMIX) | A | Dividend | K | T | Buy | 07/19/16 | J | | |
| 199. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 200. MFS INTERNATIONAL GROWTH FUND CLASS I (MQGIX) | A | Dividend | K | T | Buy | 07/19/16 | K | | |
| 201. | | | | | Buy (add'l) | 07/26/16 | K | | |
| 202. MFS INTERNATIONAL NEW DISCOVERY FUND (MWNIX) | A | Dividend | K | T | Buy | 07/19/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gilbert, Jeffrey T. | 08/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 204. MFS VALUE FUND CLASS I (MEIIX) | A | Dividend | K | T | Buy | 07/19/16 | J | | |
| 205. | | | | | Buy (add'l) | 07/26/16 | K | | |
| 206. PIMCO INCOME FUND CLASS P (PONPX) | A | Dividend | K | T | Buy | 07/26/16 | K | | |
| 207. TEMPLETON GLOBAL BOND FUND ADVISOR (TGBAX) | A | Dividend | K | T | Buy | 07/26/16 | K | | |
| 208. BROKERAGE #2 (H) | | | | | | | | | |
| 209. NUVEEN HIGH YIELD MUNICIPAL BOND FUND (NHMRX) | B | Dividend | | | Buy | 07/07/16 | L | | |
| 210. | | | | | Buy (add'l) | 08/30/16 | J | | |
| 211. | | | | | Buy (add'l) | 09/07/16 | J | | |
| 212. | | | | | Sold | 11/07/16 | L | | |
| 213. T ROWE PRICE EMERGING MARKETS (PRMSX) | A | Dividend | K | T | Buy | 07/07/16 | K | | |
| 214. ISHARES TR S&P MIDCAP 400 GROWTH (IJK) | A | Dividend | K | T | Buy | 07/07/16 | K | | |
| 215. T ROWE PRICE HIGH YIELD (PRFHX) | A | Dividend | L | T | Buy | 11/18/16 | L | | |
| 216. AMERICAN FUNDS THE TAX EXEMPT FUND OF AMERICA (TEAFX) | A | Dividend | M | T | Buy | 09/29/16 | M | | |
| 217. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 218. SPDR S&P 500 ETF TR TR UNIT (SPY) | A | Dividend | K | T | Buy | 07/07/16 | K | | |
| 219. VANGUARD INDEX FDS VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Buy | 07/07/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 08/03/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The 2016 report was restructured for ease of reporting. To assist with this transition, when the current and prior reports do not track sequentially, the corresponding line numbers of the 2015 report are noted in Column D(5).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey T. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544